**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | **CRIMINAL NO. 14-CR-637** |
| **V.** | § | |
| | § | |
| **ALEKSANDR VORONOV** | § | |

**MOTION TO REMOVE GPS LOCATION MONITORING DEVICE**

**TO THE HONORABLE JUDGE MELINDA HARMON:**

The Defendant, Aleksandr Voronov, through his attorney James Alston, files this motion asking the court to remove the GPS location monitoring device as a condition of the defendant's conditions of release. Condition 8(t) of the defendant's conditions of release, which are included as *Exhibit A*, require him to submit to location monitoring as directed by the Pretrial Services. The defendant has been on conditions of release and wearing a GPS locating device since February 18, 2015. The defendant is in compliance with all of his conditions of release.

United States Pretrial Officer Jerry Torres advised that the defendant is in compliance with the conditions of release and that he is not opposed to the removal of the GPS locating device. AUSA Michael Chu is opposed.

The defendant is not a flight risk. The defendant is a legal permanent resident. On February 17, 2015, the defendant surrendered his passport into Pretrial Services. A copy of the receipt of passport is attached as *Exhibit B*.

The defendant has many ties to the Houston community. The defendant is married and has two children who are U.S. citizens. Additionally, the defendant's close family, including his

elderly mother who is 81 years old that lives in the Houston, Texas area. Additionally, the defendant has 22 relatives living in the Houston, Texas area.

The defendant is currently employed at Intelfix Appliance Repair located at 11020 Old Katy Rd. Suite #115, Houston, TX 77043. He works from 8am to 6pm.

The defendant is charged with conspiracy to commit health care fraud and conspiracy to commit money laundering.

Defense counsel asks the court to sign an order removing the GPS location monitoring device as a condition of pretrial release.

Respectfully submitted,

        /s/ James Alston
JAMES ALSTON
Attorney for Defendant
Fed. N. 30878
State Bar No. 00786974
3700 North Main Street
Houston TX, 77009
Ph. 713-228-1400

## CERTIFICATE OF CONFERENCE

Defense counsel has consulted with AUSA Michael Chu who is opposed to this motion. Defense counsel has consulted with U.S. Pretrial Officer Jerry Torres and Mr. Torres is unopposed to this motion.

\_\_/s/  James Alston
JAMES ALSTON

## CERTIFICATE OF SERVICE

I, James Alston, hereby certify that a true and correct copy of the foregoing instrument was forwarded by email to AUSA Michael Chu and U.S. Pretrial Officer Jerry Torres on September 8, 2015.

\_\_/s/ James Alston\_\_\_
JAMES ALSTON

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CRIMINAL NO. 14-CR-637** |
| | § | |
| **ALEKSANDER VORONOV** | § | |

## ORDER

Having considered the defendant's motion to remove his GPS location monitoring device, the motion is hereby GRANTED / DENIED.

It is the Order of the court that the defendant's conditions of release are modified and he is no longer required to wear the GPS location monitoring device.

Signed in _____, Texas on _____.

_____
JUDGE MELINDA HARMON
UNITED STATES DISTRICT JUDGE